**Jimmie Wayne JOINER, Plaintiff—Appellant,**

**v.**

**OLIN CORPORATION; Commonwealth of Virginia; State Corporation Commission of the Commonwealth of Virginia, Defendants—Appellees.**

No. 05–6199.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2005.

Decided July 7, 2005.

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmie Wayne Joiner seeks to appeal the district court's order dismissing his civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district

court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on December 20, 2004. The notice of appeal can be deemed filed no earlier than February 1, 2005, the date Joiner signed it. Because Joiner failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*